V# 104
R# 150379

# DIVIDENDS REMITTED TO THE COURT

Case Number 08-11622 - BLAKE JONES, MARCIA

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Peoples Gas - Jacksonville c/o**<br>PO Box 2562<br>Tampa, FL 33601-2562 | 000002 | 33.55 | 4.12 |
| ---------- Remittance Total ---------- | | 33.55 | 4.12 |

TRUSTEE VIRGIL E. BROWN, JR., Trustee